IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **Tyrun Bell, Lee Bell and Roshun Gilmore,** | Case No. 6:20-cv-2047 |
| Plaintiffs, | |
| v. | |
| **Young Management Corporation, Kent Young, Karen Langas and Rachel Liggan,** | **Defendants' Notice of Removal** |
| Defendants. | |

COME NOW Defendants Young Management Corporation, Kent Young, Karen Langas and Rachel Liggan ("Defendants") and remove the above-captioned civil action from the Iowa District Court in and for Black Hawk County, Case No. LACV140381, to the United States District Court for the Northern District of Iowa, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Federal Rule of Civil Procedure 81, and Local Rule 81. As grounds for removal, Defendants state as follows:

1. Plaintiffs Tyrun Bell, Lee Bell, and Roshun Gilmore ("Plaintiffs") filed their Petition and Jury Demand on June 4, 2020, in the Iowa District Court for Black Hawk County. In their Petition, Plaintiffs allege Defendants engaged in race discrimination by violating Iowa Code Chapter 216.

2. Defendant Liggan was served on June 10, 2020 and Defendant Langas was served on June 11, 2020. Effective as of June 25, 2020, Defendants Young Management Corporation and Kent Young accepted service of the Petition and Jury Demand and waived service of the Original Notice.

3. There have been no further proceedings in the Iowa District Court for Black Hawk County in this action.

4. Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), Defendants have timely removed this action because this Notice of Removal is filed within 30 days after Defendants were served.

5. As required by Local Rule 81(a)(4), Defendants state that for purposes of removal of this action from state court, this is an action where the amount in controversy for Plaintiffs' claim exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

6. At the time this action commenced, Plaintiffs were and currently remain citizens and residents of the State of Iowa, Black Hawk County.

7. At the time this action commenced, Defendant Young Management Corporation is incorporated in the State of Kansas and has its principal place of business in Bucyrus, Kansas. At the time this action commenced, Defendant Kent Young was and currently remains a citizen and resident of the State of Florida, Sumter County. While Defendants Karen Langas and Rachel Liggan may be citizens of Iowa (Dubuque and Bremer Counties, respectively), their citizenship should be disregarded for purposes of diversity jurisdiction under the fraudulent joinder doctrine.[1]

8. Thus, because complete diversity of the parties exists and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the action under 28 U.S.C. § 1332(a), and this action may be removed to this Court pursuant to § 1441(a).

---

[1] Federal Rule of Civil Procedure 81(c)(2)(C) affords seven days after notice of removal is filed to answer or present other defenses or objections under the Federal Rules. Within that time period, Defendants intend to file a motion to dismiss requesting that Defendants Langas and Liggan be dismissed from this action with prejudice.

9. Based upon the allegations in Plaintiffs' Petition, the proper venue for removal of this action is to the United States District Court for the Northern District of Iowa, Eastern Division because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to Defendants in this action are attached as Exhibit "A," and by this reference incorporated here.

11. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Black Hawk County and is being served on all adverse parties.

WHEREFORE, Defendants give notice that the above-entitled action is removed from the Iowa District Court in and for Black Hawk County.

Dated: June 30, 2020.

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Susan P. Elgin
Susan P. Elgin, *Lead Counsel*
  *Susan.elgin@faegredrinker.com*
Stephanie A. Koltookian
  *Stephanie.koltookian@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS**

## Certificate of Service

      The undersigned certifies that a true copy of **Defendants' Notice of Removal** was served upon one of the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF electronic filing system to each such attorney at his last known e-mail address as shown below on June 30, 2020.

                                                        /s/ Katie Miller

Original filed;
Copy to:

Charles Gribble
  *cgribble@parrishlaw.com*
Christopher Stewart
  *cstewart@parrishlaw.com*

*Attorneys for Plaintiffs*