# IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | |
|---|---|
| TYRUN BELL, LEE BELL, and ROSHUN GILMORE,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG MANAGEMENT CORPORATION, KENT YOUNG, KAREN LANGAS and RACHEL LIGGAN<br><br>Defendants. | CASE NO.<br><br><br>PETITION and JURY DEMAND |

**COMES NOW**, the Plaintiffs, Tyrun Bell, Lee Bell, and Roshun Gilmore, by and through their undersigned counsel, and for their cause of action respectfully states to the Court as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Tyrun Bell was at all relevant times a resident of Black Hawk County, Iowa.

2. Plaintiff Lee Bell was at all relevant times a resident of Black Hawk County, Iowa.

3. Plaintiff Roshun Gilmore was at all relevant times a resident of Black Hawk County, Iowa.

4. Defendant Young Management Corporation (hereinafter Young Management) is a corporation with its principle place of business in Bucyrus, Kansas, and engages in business throughout the State of Iowa.

5. Defendant Kent Young was a Regional Supervisor for Young Management, was a supervisor of the Plaintiffs and upon information and belief was a resident of Black Hawk County, Iowa.

6. Defendant Karen Langas was a Property Supervisor for Young Management, was a supervisor of the Plaintiffs and upon information and belief was a resident of Black Hawk County, Iowa.

7. Defendant Rachel Liggan was an Office Supervisor for Young Management, was a supervisor of the Plaintiffs and upon information and belief was a resident of Black Hawk County, Iowa.

8. Subject matter jurisdiction of the District Court is proper pursuant to Iowa Code § 602.6101.

9. Venue is proper in the District Court of Black Hawk County, Iowa pursuant to Iowa Code § 616.14 and Iowa Code § 616.18.

10. The amount in controversy exceeds the jurisdiction amounts of small claims.

## GENERAL FACTUAL ALLEGATIONS

11. Plaintiffs are all African American males.

12. Plaintiffs were hired by Central States Property as maintenance workers.

13. On January 1, 2018. Young Management overtook the management duties for Central States Property.

14. Plaintiffs continued as maintenance workers for Young Management for Heritage Apartments and various other properties located in Waterloo, Iowa.

15. After Young Management took over management of the properties Plaintiffs worked at, Plaintiffs began to be treated differently by Young, Langas and Liggan because of their race.

16. Plaintiffs were not allowed keys to the company vehicles in which their Caucasian co-workers were allowed to drive.

17. Defendants Young, Langas and Liggan would force Plaintiffs to show proof of having a valid driver's license numerous times, although they did not repeatedly ask Caucasian employees for the same.

18. Plaintiffs were never given petty cash to buy supplies for repairs, even though their Caucasian co-workers were.

19. Plaintiffs were being paid significantly less than their Caucasian co-workers who performed the same job duties.

20. Plaintiffs also had racial epithets, slurs and derogatory and stereotypical statements directed towards them by the Defendants.

21. On July 12, 2018, with no warning, Defendant Young held a meeting and laid-off/terminated the Plaintiffs, effective immediately.

22. Defendant Young stated the reason for the lay-off/termination was lack of work for maintenance workers.

23. On July 13, 2018, Plaintiff Tyrun Bell returned to Heritage Apartments to retrieve personal property and noticed a completely new maintenance crew made up of all Caucasian employees.

24. After their lay-off/termination, Plaintiffs, within 300 days of the acts of which they complain, filed charges alleging race discrimination with the Iowa Civil Rights Commission.

25. The complaint was subsequently "screened-in" for further review by the Iowa Civil Rights Commission.

26. On April 13, 2020, less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission, pursuant to Iowa Code Chapters 216.16, issued the Plaintiffs a Letter of Right-to-Sue with respect to their claim of race discrimination against the Defendants.

## COUNT I
## VIOLATION OF IOWA CODE CHAPTER 216-RACE DISCRIMINATION
### (Against All Defendants)

27. Plaintiffs replead paragraphs one (1) through twenty-six (26) as if fully set forth herein.

28. The motivating factor for Defendants Young, Liggan, Langas and Young Management's treatment of the Plaintiffs was their race.

29. Plaintiffs are African American.

30. Plaintiffs were laid off with all other African American maintenance employees and a completely new all Caucasian crew was hired.

31. Plaintiffs were qualified to perform the job as shown by their employment between January 2018 and July 2018.

32. Plaintiffs suffered adverse employment actions including lay-offs and termination.

33. Plaintiffs wrongfully suffered the adverse employment based upon their race.

34. As a result of Defendants Young, Liggan, Langas and Young Management's illegal actions and omissions, Plaintiffs have in the past, and will in the future, suffer injuries and damages, including but not limited to mental and emotional distress, fear, anguish, humiliation, intimidation, embarrassment, lost enjoyment of life, lost wages, benefits, future earnings, and other emoluments of employment.

**WHEREFORE,** Plaintiffs, Tyrun Bell, Lee Bell, and Roshun Gilmore, pray for the following relief:

(a) That the Court declare Defendants Young, Liggan, Langas and Young Management Corporation's conduct complained of herein to be in violation of the Plaintiffs' rights as secured by the Iowa Civil Rights Act;

(b) That the Court permanently enjoin Defendants Young, Liggan, Langas and Young Management Corporation and their owners, officers, management personnel, employees, agents, attorneys, successors, and assigns and those acting in concert therewith from any conduct violation Plaintiffs' rights as secured by the Iowa Civil Rights Act;

(c) That the Court award Plaintiffs compensatory damages;

(d) That the Court award Plaintiffs emotional distress damages;

(e) That the Court order Defendants Young, Liggan, Langas and Young Management Corporation to make whole the Plaintiffs by providing them appropriate past and future lost earnings and benefits with prejudgment interest, and other relief this Court deems appropriate;

(f) That the Court award Plaintiffs attorneys' fees and costs incurred in prosecuting this action; and

(g) That the Court award Plaintiffs such additional and further relief as it deems necessary and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury with regards to the above-titled matter.

**PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

By: */s/ Charles Gribble*
Charles Gribble     AT0003083
*/s/ Christopher Stewart*
Christopher Stewart    AT0013127
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: cgribble@parrishlaw.com
       cstewart@parrishlaw.com
**ATTORNEYS FOR PLAINTIFF**

**IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY**

| | |
|---|---|
| **TYRUN BELL, LEE BELL, and ROSHUN GILMORE,**<br><br>        **Plaintiffs,**<br><br>v.<br><br>**YOUNG MANAGEMENT CORPORATION, KENT YOUNG, KAREN LANGAS and RACHEL LIGGAN**<br><br>        **Defendants.** | **CASE NO.**<br><br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:    KAREN LANGAS**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action.  A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Charles Gribble and Christopher Stewart of Parrish Kruidenier Dunn Boles Gribble Gentry Brown & Bergmann, L.L.P. whose address is 2910 Grand Avenue, Des Moines, Iowa 50312.**

This Petition was filed on the 4th day of June, 2020.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING.  FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM.  FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 421-0990.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# STATE OF IOWA JUDICIARY

Case No.  LACV140381
County  BlackHawk

Case Title  T BELL ET AL VS YOUNG MANAGEMENT CORP ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**  .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   06/04/2020 12:10:39 PM



District Clerk of  BlackHawk          County

/s/ Lisa Barfels

**IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY**

| | |
|---|---|
| **TYRUN BELL, LEE BELL, and ROSHUN GILMORE,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**YOUNG MANAGEMENT CORPORATION, KENT YOUNG, KAREN LANGAS and RACHEL LIGGAN**<br><br>    **Defendants.** | **CASE NO.**<br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:   KENT YOUNG**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action.  A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Charles Gribble and Christopher Stewart of Parrish Kruidenier Dunn Boles Gribble Gentry Brown & Bergmann, L.L.P. whose address is 2910 Grand Avenue, Des Moines, Iowa 50312.**

This Petition was filed on the 4th day of June, 2020.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING.  FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM.  FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 421-0990.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# STATE OF IOWA JUDICIARY

Case No.  LACV140381
County  BlackHawk

Case Title  T BELL ET AL VS YOUNG MANAGEMENT CORP ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  06/04/2020 12:10:39 PM



District Clerk of  BlackHawk     County

/s/ Lisa Barfels

**IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY**

| | |
|---|---|
| **TYRUN BELL, LEE BELL, and ROSHUN GILMORE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**YOUNG MANAGEMENT CORPORATION, KENT YOUNG, KAREN LANGAS and RACHEL LIGGAN**<br><br>**Defendants.** | **CASE NO.**<br><br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT: RACHEL LIGGAN**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are **Charles Gribble and Christopher Stewart of Parrish Kruidenier Dunn Boles Gribble Gentry Brown & Bergmann, L.L.P. whose address is 2910 Grand Avenue, Des Moines, Iowa 50312.**

This Petition was filed on the 4th day of June, 2020.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING. FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM. FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 421-0990. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

# STATE OF IOWA JUDICIARY

Case No. LACV140381
County BlackHawk

Case Title  T BELL ET AL VS YOUNG MANAGEMENT CORP ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**  . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   06/04/2020 12:10:39 PM



District Clerk of  BlackHawk          County

/s/ Lisa Barfels

**IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY**

| | |
|---|---|
| **TYRUN BELL, LEE BELL, and ROSHUN GILMORE,**<br><br>Plaintiffs,<br><br>v.<br><br>**YOUNG MANAGEMENT CORPORATION, KENT YOUNG, KAREN LANGAS and RACHEL LIGGAN**<br><br>Defendants. | CASE NO.<br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:    YOUNG MANAGEMENT CORPORATION**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action.  A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Charles Gribble and Christopher Stewart of Parrish Kruidenier Dunn Boles Gribble Gentry Brown & Bergmann, L.L.P. whose address is 2910 Grand Avenue, Des Moines, Iowa 50312.**

This Petition was filed on the 4th day of June, 2020.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING.  FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM.  FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 421-0990.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# STATE OF IOWA JUDICIARY

Case No. LACV140381
County BlackHawk

Case Title T BELL ET AL VS YOUNG MANAGEMENT CORP ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332**. (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 06/04/2020 12:10:39 PM



District Clerk of BlackHawk County

/s/ Lisa Barfels

## AFFIDAVIT OF SERVICE

| Case: LACV140381 | Court: Black Hawk County District Court | County: Black Hawk, IA | Job: 4591173 |
|---|---|---|---|
| Plaintiff / Petitioner: Tyrun Bell; Lee Bell; Roshun Gilmore | | Defendant / Respondent: Young Management Corporation; Kent Young; Karen Langas, et al | |
| Received by: HSPS Legal Services | | For: Parrish Kruidenier Trial Lawyers | |
| To be served upon: Karen Langas | | | |

I, Tina Pfeiler, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Mary Langas, 2209 Aspen Dr, Dubuque, IA 52001
Manner of Service: Substitute Service – Personal, Jun 11, 2020, 4:05 pm CDT
Documents: Original Notice; Petition at Law and Jury Demand (Received Jun 9, 2020 at 1:33pm CDT)

Additional Comments:
1) Successful Attempt: Jun 11, 2020, 4:05 pm CDT at 2209 Aspen Dr, Dubuque, IA 52001 received by Mary Langas. Age: 80; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'2"; Hair: Gray; Eyes: Brown; Relationship: Mother-in-law;
Mary Langas accepted paper's on Karen's behalf. They both live at this address and Mary is over the age of 18.

Fees: 70
State of: Iowa )
) SS:
County of: Dubuque )

Tina Pfeiler     6-11-20
Tina Pfeiler     Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 11th day of June, 2020.

Nathan Pfeiffer
Notary Public

5-4-23
My Commission Expires

NATHAN PFEIFFER
Commission Number 825102
My Comm. Exp. 5-4-23

## AFFIDAVIT OF SERVICE

| Case: LACV140381 | Court: Black Hawk County District Court | County: Black Hawk, IA | Job: 4591161 |
|---|---|---|---|
| Plaintiff / Petitioner: Tyrun Bell; Lee Bell; Roshun Gilmore | | Defendant / Respondent: Young Management Corporation; Kent Young; Karen Langas, et al | |
| Received by: HSPS Legal Services | | For: Parrish Kruidenier Trial Lawyers | |
| To be served upon: Rachel Liggan | | | |

I, Besima Osmicevic, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rachel Liggan, 711 W Barrick Rd Unit #504, Janesville, IA 50647
**Manner of Service:** Personal/Individual, Jun 10, 2020, 7:03 pm CDT
**Documents:** Original Notice; Petition at Law and Jury Demand (Received Jun 9, 2020 at 1:33pm CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jun 10, 2020, 7:00 pm CDT at 711 W Barrick Rd, Janesville, IA 50647
Service attempted; property is condos units. Number 711 is main number of all units. Spoke with couple residents and they confirmed that Rachel Liggan lives in unit 504 as she recently moved in.

2) Successful Attempt: Jun 10, 2020, 7:03 pm CDT at 711 W Barrick Rd Unit #504, Janesville, IA 50647 received by Rachel Liggan. Age: 61; Ethnicity: Caucasian; Gender: Female; Weight: 163; Height: 5'5"; Hair: Other; Eyes: Gray;
Knocked on the door of unit 504. Rachel Liggan answered the door, and verbally affirmed her identity, she willingly accepted legal documents.

Fees: (0)
State of: IA ) 
) SS:
County of: Black Hawk )

Besima Osmicevic    Date 6/11/20

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 11th day of Jun, 2020

Notary Public

My Commission Expires July 18, 2020

DZEMAL F OSMICEVIC
Commission Number 805409
My Commission Expires
July 18, 2020

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| **Tyrun Bell, Lee Bell and Roshun Gilmore,** | ) ) | Case No. LACV140381 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Defendants Young Management Corporation and Kent Young's** |
| **Young Management Corporation, Kent Young, Karen Langas and Rachel Liggan,** | ) ) ) | **Waiver of Personal Service of June 4, 2020 Petition and Jury Demand** |
| Defendants. | ) ) | |

The undersigned, Susan P. Elgin and Stephanie A. Koltookian of Faegre Drinker Biddle & Reath LLP, state that Defendants Young Management Corporation and Kent Young waive personal service of process of the Petition and Jury Demand filed on June 4, 2020, with this waiver of personal service of the process of the Petition and Jury Demand effective as of June 25, 2020.

This waiver is made with the understanding that Defendants Young Management Corporation and Kent Young will keep all defenses, objections, and challenges by pre-answer motion or otherwise to the lawsuit, the Court's jurisdiction, and the venue of the action.

Dated:  June 26, 2020.

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Susan P. Elgin
Susan P. Elgin AT0011845
 susan.elgin@faegredrinker.com
Stephanie A. Koltookian AT0012724
 stephanie.koltookian@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS**

## Certificate of Service

The undersigned certifies that a true copy of **Defendants Young Management Corporation and Kent Young's Waiver of Personal Service of June 4, 2020 Petition and Jury Demand** was served upon the attorney of record for each party to the above-entitled cause through the Court's electronic filing system to each such attorney at his last known e-mail address as shown below on June 26, 2020.

/s/ Trisha Richey

Copy to:

Charles Gribble
  cgribble@parrishlaw.com
Christopher Stewart
  cstewart@parrishlaw.com

*Attorneys for Plaintiffs*
US.128481264.01