# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TYRUN BELL, LEE BELL, and ROSHUN GILMORE and KEITH PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG MANAGEMENT CORPORATION AND KENT YOUNG,<br><br>Defendants. | CASE NO. 6:20-cv-2047<br><br>JOINT STIPULATION FOR DISMISSAL |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, with costs assessed evenly between the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

/s/ *Christopher Stewart*
Charles Gribble
Christopher Stewart
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Email: cgribble@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Susan Elgin*
Susan Elgin
Stephanie Koltookian
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Email: Susan.elgin@faegredrinker.com
**ATTORNEYS FOR DEFENDANT**